People v Pino (2021 NY Slip Op 50904(U))

[*1]

People v Pino (Edward)

2021 NY Slip Op 50904(U) [73 Misc 3d 128(A)]

Decided on September 28, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 28, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570221/19

The People of the State of New York,
Respondent,
against
Edward Pino, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (John P. Walsh, J.), rendered February 19, 2019, convicting him, upon his plea of
guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (John P. Walsh, J.), rendered February 19, 2019, affirmed. 
The record establishes that defendant's plea was knowing, intelligent and voluntary. In full
satisfaction of an accusatory instrument charging him with petit larceny (see Penal Law
§ 155.25) and criminal possession of stolen property in the fifth degree (see Penal
Law § 165.40), two class A misdemeanors, defendant pleaded guilty to disorderly conduct
(see Penal Law § 240.20), a violation, in exchange for a sentence of time served.
Defendant confirmed that he understood that he was pleading guilty to disorderly conduct, that he
had the opportunity to discuss the plea with his attorney, and that he understood he was giving up
various rights, including his right to a trial, to remain silent and to call witnesses (see People
v Conceicao, 26 NY3d 375, 383 [2015]). Furthermore, as defendant pleaded guilty to the
uncharged lesser offense of disorderly conduct, no factual basis for the plea was necessary
(see People v Johnson, 23 NY3d 973, 975 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 28, 2021